# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SIERRA CHERRELLE HUNTER,

    Plaintiff,

v.                                        Case No: 8:17-cv-1295-T-17TGW

ACE CASH EXPRESS, INC. and
NATIONAL CREDIT ADJUSTERS,
L.L.C.,

    Defendants.

_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **NATIONAL CREDIT ADJUSTERS, L.L.C.** in Tampa, Florida on the 2nd day of August, 2017.

                                              ELIZABETH M. WARREN, CLERK

                                              /s/L. Silvia
                                              L. Silvia, Deputy Clerk

Copies furnished to:

Counsel of Record